IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Antwaun T. Stevenson, ) | Civil Action No.: 2:11-879-TMC-BHH |
| ) | |
| Plaintiff, ) | |
| ) | **REPORT AND RECOMMENDATION** |
| vs. ) | **OF MAGISTRATE JUDGE** |
| ) | |
| Darlington County Detention Center; ) | |
| and Director Stanley, c/o the ) | |
| Detention Center, ) | |
| ) | |
| Defendants. ) | |

The Plaintiff brought this action seeking relief pursuant to Title 42, United States Code, Section 1983. On April 25, 2011, the undersigned issued an Order providing, *inter alia*,

> You are ordered to always keep the Clerk of Court advised **in writing (Post Office Box 835, Charleston, South Carolina 29402)** if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you. If as a result of your failure to comply with this Order, you fail to meet a deadline set by this Court, **your case may be dismissed for violating this Order**. Therefore, if you have a change of address before this case is ended, you must comply with this Order by immediately advising the Clerk of Court in writing of such change of address and providing the Court with the docket number of all pending cases you have filed with this Court. Your failure to do so will not be excused by the Court.

(Dkt. No. 7 at 2 of 3.) The undersigned also issued a Report and Recommendation ("R&R") on April 25, 2011, recommending that the District Court dismiss the Complaint in the case *sub judice* without prejudice and without issuance and service of process. (See Dkt. No. 9.) Plaintiff filed objections to the R&R on or about May 2, 2011. (Dkt. No. 11.)

On October 26, 2011, the District Court declined to adopt the R&R and interpreted Plaintiff's Objections as a Motion to Amend his Pleadings. (See Dkt. No. 19 at 2.) The Motion to Amend was granted; Judge Cain's Order stated, in relevant part,

> Plaintiff shall have twenty (20) days from the date of this order to file an Amended Complaint. Accordingly, this case is **REMANDED** to the Magistrate Judge for consideration of Plaintiff's Amended Complaint. If Plaintiff fails to file an Amended Complaint within twenty (20) days of the filing of this Order, this case shall be dismissed pursuant to Rule 41(b) for failure to comply with the court orders.

(Id.)

Plaintiff failed to file an Amended Complaint. Furthermore, mail to Plaintiff at his last known address has been returned to the Court marked as "No Longer Here." (See Dkt. No. 18.)

Based on the foregoing, it appears the Plaintiff no longer wishes to pursue this action. Accordingly, it is recommended that this action be dismissed *with prejudice* for lack of prosecution and for failure to comply with this Court's orders, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and the factors outlined in *Chandler Leasing Corp. v. Lopez*, 669 F.2d 919, 920 (4th Cir.1982). *See Ballard v. Carlson*, 882 F.2d 93 (4th Cir. 1989).

                                      s/Bruce Howe Hendricks
                                      United States Magistrate Judge

February 23, 2012
Charleston, South Carolina

**Notice of Right to File Objections to Report and Recommendation**

The parties are advised that they may file specific written objections to this Report and Recommendation with the District Judge. Objections must specifically identify the portions of the Report and Recommendation to which objections are made and the basis for such objections. "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

Specific written objections must be filed within fourteen (14) days of the date of service of this Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *see* Fed. R. Civ. P. 6(a), (d). Filing by mail pursuant to Federal Rule of Civil Procedure 5 may be accomplished by mailing objections to:

> Larry W. Propes, Clerk
> United States District Court
> Post Office Box 835
> Charleston, South Carolina 29402

**Failure to timely file specific written objections to this Report and Recommendation will result in waiver of the right to appeal from a judgment of the District Court based upon such Recommendation.** 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984).